1 | Michael I Spiegel – California Bar No. 32651
  | Charles M. Kagay - California Bar No. 73377
2 | SPIEGEL LIAO & KAGAY
  | 388 Market Street, Suite 900
3 | San Francisco, California 94111
  | Telephone: (415) 956-5959
4 | E-Mail: mis@slksf.com
  | E-Mail: cmk@slksf.com
5 |
6 | Attorneys for Defendant Visto Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SEVEN NETWORKS INTERNATIONAL OY (formerly Smartner Information Systems, Ltd.), Plaintiff, v. VISTO CORPORATION, Defendant. | No. C-07-0783 EMC<br><br>(~~Corrected~~) Stipulation Extending the Time Within Which Defendant May Respond to the Complaint<br><br>(Local Rule 6-1(a))<br><br>ORDER |
|---|---|

IT IS HEREBY STIPULATED BY AND BETWEEN the parties, through their respective attorneys, that Defendant Visto Corporation shall have an additional 30 days, up to and including March 29, 2007, within which to respond to the Complaint.

1  Dated:

2                                           Spiegel Liao & Kagay

3
                                            /s/ Charles M. Kagay
4                                           Charles M. Kagay

5  Dated:

                                            Howrey LLP
6

7
                                            _____
                                            James Pistorino
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

(CORRECTED) STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT — C-07-0783 EMC Page 2

SPIEGEL LIAO & KAGAY 388 MARKET STREET, SUITE 900 SAN FRANCISCO, CA 94111

1 Dated:

2              Spiegel Liao & Kagay

3

4              _____
               Charles M. Kagay

5 Dated:

6              Howrey LLP

7              _____
               James Pistorino

8

9

10

11 IT IS SO ORDERED

12

13

14 _____
   Edward M. Chen
   U.S. Magistrate Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT — C-07-0783 EMC     Page 2

SPIEGEL LIAO & KAGAY 388 MARKET STREET, SUITE 900 SAN FRANCISCO, CA 94111