1  Michael I Spiegel – California Bar No. 32651
   Charles M. Kagay - California Bar No. 73377
2  SPIEGEL LIAO & KAGAY
   388 Market Street, Suite 900
3  San Francisco, California 94111
   Telephone: (415) 956-5959
4  E-Mail: mis@slksf.com
   E-Mail: cmk@slksf.com
5
   Attorneys for Defendant Visto Corporation
6

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| SEVEN NETWORKS INTERNATIONAL OY (formerly Smartner Information Systems, Ltd.), Plaintiff, v. VISTO CORPORATION, Defendant. | No. C-07-0783 EMC<br><br>(~~Corrected~~) Stipulation Extending the Time Within Which Defendant May Respond to the Complaint<br><br>(Local Rule 6-1(a))<br><br>ORDER |
|---|---|

IT IS HEREBY STIPULATED BY AND BETWEEN the parties, through their respective attorneys, that Defendant Visto Corporation shall have an additional 30 days, up to and including March 29, 2007, within which to respond to the Complaint.

1  Dated:

2              Spiegel Liao & Kagay

3
              /s/ Charles M. Kagay
4             Charles M. Kagay

5  Dated:
              Howrey LLP
6

7  _____
              James Pistorino
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

(CORRECTED) STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT — C-07-0783 EMC  Page 2

SPIEGEL LIAO & KAGAY 388 MARKET STREET, SUITE 900 SAN FRANCISCO, CA 94111

1  Dated:

2                                          Spiegel Liao & Kagay

3

4                                          _____
                                           Charles M. Kagay

5  Dated:

6                                          Howrey LLP

7                                          _____
                                           James Pistorino
8

9

10

11  IT IS SO ORDERED.

12

13  _____
14  Edward M. Chen
    U.S. Magistrate Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*