# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Seven Networks International Oy (formerly Smartner Information Systems, Ltd.), a Finnish Corporation,<br><br>Plaintiff(s),<br>v.<br>Visto Corporation, a Delaware corporation,<br><br>Defendant(s). | CASE NO. C-07-0783 EMC<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Steven Pollinger, Esq. , an active member in good standing of the bar of the Supreme Court of Texas, whose business address and telephone number (particular court to which applicant is admitted) is

MCKOOL SMITH, P.C.
300 West 6th Street, Suite 1700
Austin, Texas 78701, (512) 692-8700

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Visto Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:   4/6/07

_____
United States District Judge
Jeremy Fogel