\*\*E-filed 7/3/07\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEVEN NETWORKS INTERNATIONAL OY (formerly Smartner Information Systems, Ltd.), a Finnish corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>VISTO CORPORATION, a Delaware corporation,<br><br>　　　　Defendant. | Civil Action No. 07-00783 JF<br><br>[~~PROPOSED~~] **ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO FILE EXHIBITS G AND K UNDER SEAL IN CONNECTION WITH PLAINTIFF SEVEN NETWORKS, INTERNATIONAL OY'S OPPOSITION TO VISTO CORPORATION'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TRANSFER OR STAY PURSUANT TO CIVIL LOCAL RULES 79-5 AND 7-11**<br><br>Hearing Date:　July 13, 2007<br>Time:　　　　9:00 a.m.<br>Courtroom:　3<br>Judge:　　　Hon. Jeremy Fogel |

**HOWREY LLP**

[PROPOSED] ORDER GRANTING MTN FOR ADMIN RELIEF TO
FILE EXHIBITS G & K UNDER SEAL RE OPP. TO MTN TO DISMISS
Civil Action No. 07-00783 JF

1  Plaintiff Seven Networks International OY have filed a Motion for Administrative Relief
2  pursuant to Civil Local Rules 79-5(b) and (c) and 7-11 for permission to file under seal the following
3  exhibits:

4  1.  Exhibits **G** (exemplary emails sent between Visto Corporation's ("Visto") and Smartner
5  Information Systems, Ltd.'s representatives referencing a potential acquisition deal marked
6  "Confidential – Attorneys Eyes" by Visto) and **K** (Visto's June 13, 2006 Motion for Leave to Amend
7  Its Complaint in the *Visto Corporation v. Smartner Information Systems, Ltd.* matter designated "Filed
8  Under Seal Pursuant to Stipulated Protective Order" in a case pending in the Eastern District of Texas)
9  to the Declaration of James C. Pistorino In Support of Plaintiff Seven Networks International OY's
10  Opposition to Visto Corporation's Motion to Dismiss Or, In the Alternative, Transfer or Stay.

11  After considering the requesting papers and all other matters presented to the Court, and
12  finding good cause therefor,

13  IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED.

14
15  Dated:    7/2/07                                                     _____
16                                                                         The Honorable Jeremy Fogel
                                                                           United States District Judge
17
18
19  Submitted June 22, 2007 by:
    HOWREY LLP
20
21
    By:    /s/ James C. Pistorino
22  James C. Pistorino
    James F. Valentine
23
    Attorneys for Plaintiff
24  SEVEN NETWORKS INTERNATIONAL OY
25
26
27  20531812
28

**HOWREY LLP**

[PROPOSED] ORDER GRANTING MTN FOR ADMIN RELIEF TO
FILE EXHIBITS G & K UNDER SEAL RE OPP. TO MTN TO DISMISS     -1-
Civil Action No. 07-00783 JF