Henry C. Bunsow (SBN 60707)
K. T. Cherian (SBN 133967)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA  94105
Telephone:  (415) 848-4900
Facsimile:  (415) 848-4999
E-Mail:          BunsowH@howrey.com
E-Mail:          CherianK@howrey.com

**E-filed 7/13/07**

Attorneys for Plaintiffs
SEVEN NETWORKS INTERNATIONAL OY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| **SEVEN NETWORKS INTERNATIONAL OY** (formerly Smartner Information Systems, Ltd.), a Finnish corporation,<br><br>         Plaintiff,<br><br>vs.<br><br>**VISTO CORPORATION**, a Delaware corporation,<br><br>         Defendant. | Case No. Civil Action: C:07-0783 JF<br>Judge Jeremy Fogel<br><br>COURTROOM:  3 |

## [~~PROPOSED~~] ORDER

Came on today the Parties Joint Motion Re: Stipulation of Dismissal Under Rule 41 Fed. R. Civ. P., and, after having considered the Motion, the Court is of the opinion it should be GRANTED.

IT IS HEREBY ORDERED that the Parties Joint Motion Re: Stipulation of Dismissal Under Rule 41 Fed. R. Civ. P. is granted as follows:

1.     The Complaint is hereby dismissed without prejudice to the limited extent permitted by the Settlement Agreement;

[PROPOSED] ORDER
Civil Action No. 07-00783 JF                                                                                                Page **1**
Dallas 240988v1

1      2.      Relief sought in all pending motions by any of the parties is denied; and

2      3.      Each party is to bear its own costs and attorneys' fees.

3

4    Dated: __ 7/12/07 _____      By: _____

                                       The Honorable Jeremy Fogel

5                                        United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

[PROPOSED] ORDER
Civil Action No. 07-00783 JF              Page **2**
Dallas 240988v1